**FILED**
April 2, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )   Case No. CR. S-08-0147 EJG
            Plaintiff,           )
v.                              )   ORDER FOR RELEASE OF
                                )   PERSON IN CUSTODY
MARCELAS VAN PERRY,             )
                                )
            Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __MARCELAS VAN PERRY__, Case No. __CR. S-08-0147 EJG__, Charge __Title 18 USC § 922__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $ _60,000_

  _X_ Unsecured Appearance Bond  *co-signed by brother-in-law, to be replaced w/i 2 weeks by property bond.*

  ___ Appearance Bond with 10% Deposit

  ___ Appearance Bond with Surety

  ___ Corporate Surety Bail Bond

_X_ (Other)  *With Pretrial Services Supervision of Conditions*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _April 2, 2008_ at __2:55__ pm.

By _____
Dale A. Drozd
United States Magistrate Judge