**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Marcelas Van Perry

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr.S-2:08-147 EJG |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY PROPERTY BOND CONDITIONS** |
| vs. | |
| MARCELAS VAN PERRY | Hon. Dale A. Drozd |
| Defendants. | |

Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney William Wong, hereby agree and stipulate to modify the current bond conditions for Defendant's pretrial release. On April 3, 2008, the Court ordered Defendant released on a $60,000 unsecured appearance bond signed and co-signed by Defendant and his brother-in law, Michael R. Mullins. Within two weeks of the hearing, the unsecured bond was to be replaced with a property bond from the equity in Mr. Mullins' home.  However, based on the housing market, the current appraised value of Mr. Mullins' home is insufficient for the posting of a $60,000 bond.  Defendant's close family friend, Juan D. Lashley has agreed to post the equity in his

property, which is approximately $110,000.  Accordingly, the parties stipulate and agree that the $60,000 property bond be secured by Mr. Lashley's property.  In addition, the parties agree to a fourteen-day extension to finalize the property bond paper work and file the paperwork with the Clerk.

Dated: April 17, 2008,           Respectfully submitted,

/s/ William Wong[1]
William Wong
Assistant United States Attorney

Dated:  April 17, 2008           /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Marcelas Van Perry

ORDER

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: April 17, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/perry0147.stipord

---

[1] William Wong telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.