**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Marcelas Van Perry

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No.: Cr.S-2:08-147 EJG |
| Plaintiff,  ) | **STIPULATION AND ORDER TO** |
| )  | **CONTINUE STATUS CONFERENCE** |
| vs.  ) | |
| MARCELAS VAN PERRY  ) | Hon. Edward J. Garcia |
| )  | |
| Defendants.  ) | |

Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney William Wong, hereby agree and stipulate to continue the status conference in the above captioned case from September 19, 2008 to October 24, 2008 at 10:00 a.m.[1] This continuance is requested because Defendant's counsel needs additional time to engage in plea negotiations with counsel for the Government in light of Defendant's convictions stemming from a state court prosecution.  In addition, Defendant's counsel needs time to conduct further research and investigation regarding Defendant's sentencing.

---

[1] The parties have been advised by this Court's Clerk that October 24, 2008 at 10:00 a.m. is an available date and time for a status conference on this matter.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from September 19, 2008 through October 24, 2008, for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: September 17, 2008                   Respectfully submitted,

                                            /s/ William Wong[2]
                                            William Wong
                                            Assistant United States Attorney

Dated: September 17, 2008                   /s/ Johnny L. Griffin, III
                                            JOHNNY L. GRIFFIN, III
                                            Attorney for Defendant
                                            Marcelas Van Perry

### ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  9/18/08                             /s/ Edward J. Garcia
                                            HON. EDWARD J. GARCIA
                                            United States District Judge

---

[2] William Wong telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.