**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Marcelas Van Perry

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>          Plaintiff,                 )<br>                                     )<br>     vs.                             )<br>                                     )<br> MARCELAS VAN PERRY                  )<br>                                     )<br>          Defendants.                )<br>                                     ) | Case No.: Cr.S-2:08-147 EJG<br><br>**STIPULATION AND ORDER TO**<br>**CONTINUE STATUS CONFERENCE**<br><br>**Date: February 27, 2009**<br>**Time: 10:00 a.m.**<br><br>Hon. Edward J. Garcia |

Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney William Wong, hereby agree and stipulate to continue the status conference in the above captioned case from February 27, 2009 to March 20, 2009 at 10:00 a.m.[1] This continuance is requested because the parties need additional time to finalize the terms and conditions of Defendant's written plea agreement.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from February 27, 2009 through

---

[1] The parties have been advised by this Court's Clerk that March 20, 2009 at 10:00 a.m. is an available date and time for a status conference on this matter.

March 20, 2009, for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv) and Local Code T4.

Dated: February 26, 2009          Respectfully submitted,

                                          /s/ William Wong[2]
                                          William Wong
                                          Assistant United States Attorney

Dated: February 26, 2009          /s/ Johnny L. Griffin, III
                                          JOHNNY L. GRIFFIN, III
                                          Attorney for Defendant
                                          Marcelas Van Perry

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: February 26, 2009

                                          /s/ Edward J. Garcia
                                          HON. EDWARD J. GARCIA
                                          United States District Judge

---

[2] William Wong telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.