**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Marcelas Van Perry

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MARCELAS VAN PERRY<br><br><br>  Defendants. | Case No.: Cr.S-2:08-147 EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: March 20, 2009<br>Time: 10:00 a.m.<br><br>Hon. Edward J. Garcia |

Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney William Wong, hereby agree and stipulate to continue the status conference in the above captioned case from March 20, 2009 to April 24, 2009 at 10:00 a.m.[1] This continuance is requested because the parties need additional time to finalize the terms and conditions of Defendant's written plea agreement.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from March 20, 2009 through

---

[1] The parties have been advised by this Court's Clerk that April 24, 2009 at 10:00 a.m. is an available date and time for a status conference on this matter.

April 24, 2009 for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv) and Local Code T4.

Dated: March 19, 2009                    Respectfully submitted,

                                         /s/ William Wong[2]
                                         William Wong
                                         Assistant United States Attorney

Dated:  March 19, 2009                   /s/ Johnny L. Griffin, III
                                         JOHNNY L. GRIFFIN, III
                                         Attorney for Defendant
                                         Marcelas Van Perry

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  March 19, 2009                   /s/ Edward J. Garcia
                                         HON. EDWARD J. GARCIA
                                         United States District Judge

---

[2] William Wong telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.