**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Marcelas Van Perry

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>MARCELAS VAN PERRY<br><br>   Defendants. | Case No.: Cr.S-2:08-147 EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: April 24, 2009<br>Time: 10:00 a.m.<br><br>Hon. Edward J. Garcia |

    Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney William S. Wong, hereby agree and stipulate to continue the status conference in the above captioned case from April 24, 2009 to June 19, 2009, at 10:00 a.m.[1] Although the parties have been diligently working to finalize the terms and conditions of Defendant's written plea agreement, new matters have arisen concerning this prosecution requiring the parties to conduct further investigation. Therefore, addition time is needed to review discovery, conduct further investigation and engage in further plea negotiations.

---

[1] The parties have been advised by this Court's Clerk that June 19, 2009 at 10:00 a.m. is an available date and time for a status conference on this matter.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from April 24, 2009, through June 19, 2009 for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv) and Local Code T4.

Dated: April 23, 2009                Respectfully submitted,

                                        /s/ William S. Wong[2]
                                        William S. Wong
                                        Assistant United States Attorney

Dated: April 23, 2009                /s/ Johnny L. Griffin, III
                                        JOHNNY L. GRIFFIN, III
                                        Attorney for Defendant
                                        Marcelas Van Perry

## ORDER

Based on the stipulation of the parties and good cause appearing therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: April 23, 2009                /s/ Edward J. Garcia
                                        HON. EDWARD J. GARCIA
                                        United States District Judge

---

[2] William S. Wong telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.