**LAW OFFICES OF JOHNNY L. GRIFFIN, III**

1010 F Street, Suite 200
Sacramento, CA 95814
TELEPHONE (916) 444-5557
FACSIMILE (916) 444-5558

# Memo & ORDER

To: Colleen Lydon, Courtroom Deputy to the Honorable Edward J. Garcia

From: Johnny L. Griffin, III

CC: William S. Wong, Assistant United States Attorney, Jeffrey C. Oestreicher United States Probation Officer

Date: January 13, 2010

Re: *United States v. Marcelas Van Perry* Case No. Cr.S-2:08-147 EJG

Request to continue Judgment and Sentencing from January 15, 2010 to March 26, 2010.

---

Please continue Judgment and Sentencing of Marcelas Van Perry from January 15, 2010 to March 26, 2010 at 10:00 a.m.

Thank you for your assistance in this matter.

IT IS SO ORDERED this 13TH day of January, 2010.

/s/ Edward J. Garcia

U. S. DISTRICT JUDGE

1