**LAW OFFICES OF JOHNNY L. GRIFFIN, III**

1010 F Street, Suite 200
Sacramento, CA  95814
TELEPHONE  (916) 444-5557
FACSIMILE  (916) 444-5558

# Memo & ORDER

To:   Colleen Lydon, Courtroom Deputy to the Honorable Edward J. Garcia

From:   Johnny L. Griffin, III

CC:   William S. Wong, Assistant United States Attorney, Jeffrey C. Oestreicher United States Probation Officer

Date:   May 18, 2010

Re:   *United States v. Marcelas Van Perry* Case No. Cr.S-2:08-147 EJG


Proposed Order and Request to continue Judgment and Sentencing from May 21, 2010 to July 30, 2010.

---

Defendant, by and through his counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney William Wong, hereby agree and stipulate to continue the Judgment and Sentencing in the above captioned case from May 21, 2010 to July 30, 2010 at 10:00 a.m.


ORDER

Judgment and Sentencing is continued from May 21, 2010 to July 30, 2010 at 10:00 a.m.

   **IT IS SO ORDERED.**


Dated:   May 19, 2010        /s/ Edward J. Garcia
                             HON. EDWARD J. GARCIA
                             United States District Judge

1