**LAW OFFICES OF JOHNNY L. GRIFFIN, III**

1010 F Street, Suite 200
Sacramento, CA 95814
TELEPHONE (916) 444-5557
FACSIMILE (916) 444-5558

# Memo

To: Colleen E. Lydon, Courtroom Deputy to the Honorable Edward J. Garcia

From: Johnny L. Griffin, III

CC: William S. Wong
Assistant United States Attorney

Jeffrey Oestreicher
United States Probation Officer

Date: April 7, 2011

Re: *United States v. Marcelas Van Perry*, Case No. 2:08-CR-00147-EJG: Request to Continue Judgment and Sentencing set for April 8, 2011

---

Pursuant to an agreement of the parties, please continue the Judgment and Sentencing hearing in the above referenced case from April 8, 2011 to June 3, 2011 at 10:00 a.m. This continuance is requested to allow counsel for Defendant additional time to prepare for sentencing and to meet and discuss the sentencing with the Government.

Thank you for your assistance in this matter.

IT IS SO ORDERED this 7th day of April, 2011.          /s/ Edward J. Garcia

                                                        U. S. DISTRICT JUDGE

1