**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Tel.: (916) 444-5557
Fax: (916) 444-5558

Attorney for MARCELAS VAN PERRY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:08-CR-00147-EJG |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE JUDGMENT AND** |
| vs. | ) **SENTENCING** |
| MARCELAS VAN PERRY, | ) Date: June 3, 2011 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Court: Hon. Edward J. Garcia |

The United States of America, by and through Assistant U.S. Attorney William Wong, and Defendant MARCELAS VAN PERRY, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to continue the judgment and sentencing hearing in the above captioned case from June 3, 2011 to August 5, 2011 at 10:00 a.m. to allow the parties additional time to provide the Court with information relevant to sentencing.[1]

///

///

///

///

---

[1] 1. The parties have been advised by this Court's Clerk that August 5, 2011 at 10:00 a.m. is an available date and time for a judgment and sentencing hearing on this matter.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUDGMENT AND SENTENCING - 1

Dated: June 1, 2011                         Respectfully submitted,

                                                  /s/ Johnny L. Griffin, III
                                                  JOHNNY L. GRIFFIN, III
                                                  Attorney for MARCELAS VAN PERRY

Dated: June 1, 2011                         Respectfully submitted,

                                                  /s/ William Wong[2]
                                                  WILLIAM WONG
                                                  Assistant U.S. Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:   June 3, 2011               /s/ Edward J. Garcia
                                            HON. EDWARD J. GARCIA
                                            United States District Judge

---

[2] Assistant United States Attorney William Wong telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.