**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
**SAMMAR H. MIQBEL (SBN 304888)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
**MARCELAS VAN PERRY**

## IN THE UNITED STATES DISRTICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-cr-00147-WBS |
| Plaintiff, | **REQUEST TO RECONVEY PROPERTY;** **[PROPOSED] ORDER** |
| v. | |
| MARCELAS VAN PERRY, | |
| Defendant. | |

Defendant, by and through his undersigned counsel, Johnny L. Griffin, III, hereby requests the Court for an order authorizing the Clerk of the United States District Court for the Eastern District of California to reconvey the property posted to secure Defendant's pre-trial release back to the proper owner, Garther Ware. The bond was posted on May 12, 2008 (Docket No. 13).

Dated: August 14, 2017                     Respectfully submitted,


/s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Marcelas Van Perry

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com

1

# ORDER

The Court hereby grants the request to reconvey property posted to secure Defendant's pre-trial release and authorize the Clerk of the United States District Court to reconvey real property to owner Garther Ware. The property is described as follows:

A 1300 sq. foot 3 bedroom, 2 bathroom located at 1509 65th Ave., Sacramento, Ca. 95822

**IT IS SO ORDERED.**

Dated: August 15, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com